# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EDWIN COLLADO,

                    **Plaintiff,**

v.                                                           Case No:   6:18-cv-1734-Orl-22DCI

UNITED PARCEL SERVICE, INC.,

                    **Defendant.**

---

## ORDER

This cause is before the Court on Defendant's [Partially] Unopposed Motion for Taxation of Costs (Doc. No. 60) filed on November 2, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the Motion was partially unopposed and no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed November 17, 2020 (Doc. No. 61) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Taxation of Costs (Doc. 60) is hereby GRANTED.

3.      The Clerk is DIRECTED to tax costs in favor of Defendant in the amount of $4,156.96.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties